UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRE LEE ASHLEY and
LASHAWNA LESHAE
RANDALL,

    Defendants.
    _____/

CASE NO. 17-20583
HON. DENISE PAGE HOOD

**ORDER DENYING DISCOVERY
MOTIONS AND REQUESTS [#84, 85, 87]**

Defendant Andre Lee Ashley filed a Second Motion for Discovery [#84] and a Notice Requesting Notice Under FRE 404(b)(2) [#85]. Defendant Marvin Belotte Deuise filed a Notice of Request for Notice Under FRE 404(b)(2) [#87]. Defendant Deuise has since pled guilty. The Government represented that it is aware of, and to date has complied with its obligations, and the remaining parties agreed on the record at a June 25, 2018 hearing that all discovery issues have been resolved. Accordingly, the Court DENIES AS MOOT Docket Nos. 84, 85, and 87, but the denial of each

motion/request is WITHOUT PREJUDICE and may be revisited to the extent the Government fails to provide any evidence required by law.

IT IS ORDERED.

S/Denise Page Hood
Denise Page Hood
Chief Judge, United States District Court

Dated: July 11, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 11, 2018, by electronic and/or ordinary mail.

S/Julie Owens acting in the absence of LaShawn R. Saulsberry
Case Manager